447 F.2d 1370
 78 L.R.R.M. (BNA) 2480, 66 Lab.Cas. P 12,045
 GENERAL DYNAMICS CORPORATION, Petitioners-Cross Respondent,
v.
NATIONAL LABOR RELATIONS BOARD, Respondent-Cross Petitioner.
 No. 71-1021.
 United States Court of Appeals, Fifth Circuit.
 Sept. 15, 1971.
 
 Ben F. Foster, Jr., San Antonio, Tex., Guy Farmer, Washington, D.C., for petitioner, General Dynamics Corporation; Oppenheimer, Rosenberg & Kelleher, San Antonio, Tex., of counsel.
 Marcel Mallet-Prevost, Asst. Gen. Counsel, Jack H. Weiner, Atty., N.L.R.B., Washington, D.C., Clifford Potter, Reg. Director, Region 23, N.L.R.B., Houston, Tex., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Warren M. Davison, Deputy Asst. Gen. Counsel, Atty., N.L.R.B., for respondent.
 Melvin Warshaw, Washington, D.C., Irving Abramson, Ruth Weyand, Washington, D.C., for Int. Union of Electrical Radio & Machine Workers.
 Petition for Review and Cross-Application for Enforcement of an Order of the National Labor Relations Board (Texas Case).
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Enforced. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966